IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORRINA RUNNING CRANE,<br><br>Defendant. | CR 05-46-GF-DLC<br><br>ORDER<br><br>SEP 0 3 2013<br><br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MONTANA<br>MISSOULA |

This case was referred to United States Magistrate Judge Keith Strong for a revocation hearing and findings and recommendations. Judge Strong entered findings and recommendations on August 12, 2013. Defendant admitted she had violated Standard Condition Number Seven by consuming morphine. Judge Strong found the admission sufficient to establish the supervised release violation. He recommended that this Court revoke Defendant's supervised release and commit her to the custody of the United States Bureau of Prisons for a nine month term of imprisonment, to be followed by no supervised release.

Neither party filed an objection. Judge Strong's findings and

1

recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.*, 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Strong's findings. Defendant admitted that she violated Standard Condition Number Seven. The United States Sentencing Guidelines call for three to nine months imprisonment. A sentence of nine months custody followed by no supervised release is appropriate because Defendant continues to violate the conditions of her supervised release by consuming substances in spite of the United States Probation Office's efforts to assist her rehabilitation, including two periods of inpatient treatment. The Defendant has also previously violated the conditions of her supervised release, so it does not appear that continued supervised release will benefit this Defendant.

IT IS ORDERED that Judge Strong's findings and recommendations (doc. 86) are ADOPTED in full and judgment shall be entered accordingly.

Dated this 3rd day of September, 2013.

Dana L. Christensen, Chief Judge
United States District Court

2